Katherine G. SULLIVAN, appellant, v. Julia PRUNG, respondent. (Supreme Court, Appellate Division, Second Department. March 4, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

Malcolm SUNDHEIMER v. Aksel WICHFELD. (Supreme Court, Appellate Division, First Department. March 10, 1916.) Application denied, with $10 costs. Order signed.

Matter of Supplementary Proceedings against Edmund K. STALLO, Respt., v. George G. MILES, Jr., as Ancillary Adm'r, etc., Applt. (Supreme Court, Appellate Division, First Department. February 11, 1916.) Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, the time for the judgment debtor to appear to be fixed in the order. No opinion. Settle order on notice.

SURE SEAL CO. v. Charles C. LOEBER. (Supreme Court, Appellate Division, First Department. March 10, 1916.) Motion denied, with $10 costs. Order filed.

Desire R. SZAKVARY, Applt., v. HADDORF PIANO COMPANY, Respt. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Benjamin TAISHOFF et al. v. Annie V. ELKEMA et al. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Motion to dismiss appeal granted, without costs. Order filed.

Samuel TEPPER v. The MINSKER REALTY CO. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Application denied, with $10 costs. Order signed.

In the Matter of the appraisal of the ESTATE OF Tootie McGregor TERRY, deceased. (Supreme Court, Appellate Division, Second Department. January 14, 1916.) Order of the Surrogate's Court of Westchester County affirmed, without costs. No opinion. Jenks, P. J., and Thomas, Carr, Stapleton, and Putnam, JJ., concur.

In the Matter of the Transfer Tax upon the ESTATE OF Tootie McGregor TERRY, deceased. (Supreme Court, Appellate Division, Second Department. March 24, 1916.) Order of the Surrogate's Court of Westchester County affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Carr, Stapleton, and Mills, JJ., concur.

In the Matter of William THOMSON et al. (Supreme Court, Appellate Division, First Department. March 3, 1916.) Motion to confirm referee's report granted. Settle order on notice.

In the Matter of the judicial settlement of the account of John THOMPSON and Warren S. Burt, as executors, etc., of Mary Jane Gallagher, deceased. (Supreme Court, Appellate Division, Second Department. November 19, 1915.) Decree of the Surrogate's Court of Kings County (152 N. Y. Supp. 959) affirmed, with costs, payable to the executors out of the estate. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

In the Matter of Nathan TOLK. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Referred to Hon. James A. Blanchard, official referee. Order filed.

Luigi TORREGIANI and ano. v. Michael ATTANASIO et al. (Supreme Court, Appellate Division, First Department. February 11, 1916.) Motion granted, with $10 costs. Order filed.

TOWN OF ISLIP, respondent, v. ESTATES OF HAVEMEYER POINT, Marion M. Miller, and Fred Ingraham, appellants. (Supreme Court, Appellate Division, Second Department. March 17, 1916.) Judgment affirmed, with costs, on the authority of Tuma v. Piepenbrink, 160 App. Div. 225, 145 N. Y. Supp. 474. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.

Matter of Luther T. TOWNSEND, etc. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Motion to dismiss appeal granted, with $10 costs. Order filed.

Jesse TOWNSEND v. Robert MESEROLE. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Motion granted, with $10 costs. Order filed.

Hortense TRACY, Appellant, v. Lydia B. FROMENT, Respondent. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Appeal from Special Term, New York County.

PER CURIAM. We are of the opinion that the complaint sets forth a cause of action with sufficient definiteness and certainty. The order appealed from is therefore reversed, with $10 costs and disbursements, and the motion denied, with $10 costs. Order filed.

In the Matter of Leman B. TREADWELL. (Supreme Court, Appellate Division, First Department. February 4, 1916.) Reference ordered to official referee. Settle order on notice.

TREIB & BRODSKY, Inc., plaintiff, v. George A. F. NORTH, defendant. (Supreme Court, Appellate Division, Second Department. March 3, 1916.) Motion for reargument denied, with $10 costs.

Ludwig TREITEL, Applt., v. Maurice BAMBERGER et al., Respts. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Order reversed and motion denied. No opinion. Order filed.